# Order

Michigan Supreme Court
Lansing, Michigan

June 30, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

162697

UUSI, LLC, and NORMAN RAUTIOLA,
   Plaintiffs-Appellees,

v

              SC: 162697
              COA: 348272
LOREN STIEG, S&S INNOVATIONS   Osceola CC: 16-014662-CK
CORP., and TATTLER REUSABLE CANNING
LIDS, LLC,
   Defendants-Appellants.
_____/

On order of the Chief Justice, the stipulation signed by counsel for the parties agreeing to the dismissal of this application for leave to appeal is considered, and the application for leave to appeal is DISMISSED with prejudice and without costs.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 30, 2021



Clerk